244 So.2d 608

**Theodule VIDRINE**

**v.**

**MICHIGAN MILLERS MUTUAL INSUR-
ANCE COMPANY et al.**

No. 51135.

Feb. 24, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

244 So.2d 609

**Succession of B. J. CHAUVIN, Sr.**

No. 51140.

Feb. 24, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.